IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE DRY DOCK, L.L.C.,

               Plaintiff,                    ORDER

   v.

                                         09-cv-271-bbc

HUSQVARNA CONSUMER OUTDOOR
PRODUCTS NA INC. and HUSQVARNA
U.S. HOLDING, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      For the reasons stated on the record at the conclusion of the evidentiary hearing in this case held on July 31, 2009, plaintiff Dry Dock's motion for preliminary injunction is DENIED.

      Entered this 31st day of July, 2009.

                                                     BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge

1