IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE DRY DOCK L.L.C.,

    Plaintiff,

v.

HUSQVARNA CONSUMER
OUTDOOR PRODUCTS NA, INC.
and HUSQVARNA US HOLDING,
INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-271-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judment is entered in favor of defendants Husqvarna Consumer Outdoor Products, NA, Inc., and Husqvarna US Holding, Inc., and this case is dismissed.

_____     __3/9/10__
Peter Oppeneer, Clerk of Court           Date